Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Amanda Lyn Genovese**
D 212.704.6227
F 212.704.6288
amanda.genovese@troutmansanders.com

**Maryia Y. Jones**
D 757.687.7539
F 757.687.1542
maryia.jones@troutman.com

April 19, 2019

**VIA ECF**

Honorable Lois H. Goodman
Magistrate Judge for the United States
District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Donald Hager v. CitiMortgage, Inc., et al.*
             Case No. 3:16-cv-03348-FLW-LHG

Dear Judge Goodman:

    We represent Defendants Selene Finance LP and Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust ("Defendants") in the above-referenced matter.

    Defendants respectfully request permission for Maryia Y. Jones who is admitted *pro hac vice* to attend the telephone conference scheduled for April 29, 2019 at 3:00 P.M., without the undersigned, as the undersigned will be traveling to Texas for business during the scheduled call.  Defendants make this request to keep the call, as scheduled, but with Maryia Y. Jones appearing without the undersigned.

    We thank Your Honor for your consideration of this matter.

                                    Respectfully Submitted,

                                    */s/ Amanda Lyn Genovese*

                                    Amanda Lyn Genovese

cc:    Joshua Denbeaux (via ECF)